**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                            **CRIMINAL ACTION NO. 1:06CR31**

**RIVERS DICKERSON**

## ORDER

This cause is before the Court on the defendant's Motion for Continuance of Trial Date [28]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

This case is currently set for trial on Monday, December 4, 2006. Dickerson's defense counsel, Carrie Jourdan, serves as the public defender for Lowndes County Circuit Court. Ms. Jourdan represents in the motion that the November 2006 terms of said court will still be in session on the above date. As a further matter, counsel avers that she needs additional time to review the extensive discovery materials provided by the government and to obtain an accounting expert to assist in preparing a defense to the pending charges. The Court is also advised that the government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from May 12, 2003 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given defense counsel's state court obligations and the document intensive nature of the case, a continuance is required to ensure defense counsel's availability and adequate preparation at the trial of this cause. Therefore, the Court finds that the

ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance of Trial Date [28] is GRANTED;

2. That the trial of this matter is continued until Monday, March 5, 2007 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from December 4, 2006 until March 5, 2007 is excluded as set out above;

4. That the deadline for filing pretrial motions is February 19, 2007;

5. That the deadline for submitting a plea agreement is February 26, 2007.

SO ORDERED, this the 21st day of November, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE