# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**  CRIMINAL ACTION NO. 1:06CR31

**RIVERS DICKERSON**

## ORDER

This cause is before the Court on the defendant's Motion for Continuance of Trial Date [32]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The defendant seeks a continuance of the trial set to commence on March 5, 2007. In support of the motion, defense counsel avers that her obligations as public defender for the Circuit Court of Lowndes County and family concerns have impeded her efforts to prepare for trial. The motion also notes the complexity of the matter and the need for an accounting expert to examine the discovery materials provided by the government. The government filed a response in opposition to the requested continuance; therein, the government's attorney notes that this case has been pending for nearly a year and that the defense has had more than an ample opportunity to retain the services of an accountant and to prepare for trial.

After due consideration of the matter, the Court is of the firm conviction that a continuance is unwarranted under the facts before the Court. The charges against defendant have been pending for a year; defense counsel is well acquainted with the facts of the case and has known that disposition of the matter would require a trial as early as June 2006–certainly an adequate period of

time in which to retain and make use of the services of an accountant and to engage in trial preparation. Accordingly, the Court concludes that the defendant's motion is not well-taken and should be denied. This matter will proceed to trial as previously scheduled on March 5, 2007.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Continuance of Trial Date [32] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 23rd day of February, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE