**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**  **CRIMINAL ACTION NO. 1:06CR31**

**RIVERS DICKERSON**

## ORDER

This cause is before the Court on the defendant's Motion to Reconsider [35]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

Defendant's motion raises the same grounds asserted in his earlier filed motion. Accordingly, for the same reasons set forth in this Court's February 23, 2007 Order, the Court finds that the motion is not well-taken and should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion to Reconsider [35] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 27rd day of February, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE